1

2

3

4        IN THE UNITED STATES DISTRICT COURT

5

6        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7    UNITED STATES OF AMERICA,

8            Plaintiff,                          No. CR 12-00328 JSW

9        v.                                **ORDER TO SHOW CAUSE**

10   RUSSELL RISBECK,

11           Defendant.

12   _____/

13        This matter is scheduled for a pretrial conference on November 12, 2013, at 2:00 p.m.

14   Under this Court's Guidelines for Criminal Jury Trials, the parties' pretrial submissions were

15   due on October 29, 2013.  Although the Government complied with that deadline, Defendant's

16   counsel has not filed anything on Defendant's behalf.  Defendant's counsel also did not seek to

17   continue the deadline by which his pretrial filings were due *before that deadline*, as this Court

18   requires, or to continue the pretrial conference.  Accordingly, Defendant's counsel is HEREBY

19   ORDERED TO SHOW CAUSE why he should not be sanctioned in the amount of $250.00 for

20   failure to comply with this Court's deadlines.  Defendant's counsel's response to this Order to

21   Show Cause shall be due on or before November 4, 2013.  The parties are also advised that the

22   Court intends to proceed with the pretrial conference as scheduled.

23        **IT IS SO ORDERED.**

24

25   Dated: October 31, 2013                    _____

                                                 JEFFREY S. WHITE
26                                               UNITED STATES DISTRICT JUDGE

27

28